IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Delorean Lucas,

    Petitioner(s),

vs.

Hamilton County Municipal Court,

    Respondent(s).

Case Number: 1:12cv138

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 4, 2012 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 21, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** and that an unconditional writ of habeas corpus be issued that releases petitioner from trial or further custody on the pending first-degree misdemeanor falsification charge in Hamilton County Municipal Court Case No. 11CRB27911.

IT IS SO ORDERED.

                                                s/Susan J. Dlott
                                                Chief Judge Susan J. Dlott
                                                United States District Court